1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  Attorneys for Defendants
   MARRONE BIO INNOVATIONS, INC., PAMELA G.
7  MARRONE, DONALD J. GLIDEWELL, JAMES B. BOYD,
   ELIN MILLER, RANJEET BHATIA, TIMOTHY FOGARTY,
8  LAWRENCE HOUGH, JOSEPH HUDSON, RICHARD
   ROMINGER, SEAN SCHICKEDANZ, and SHAUGN
9  STANLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT OLDHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARRONE BIO INNOVATIONS, INC., JAMES B. BOYD, DONALD J. GLIDEWELL, PAMELA G. MARRONE, ELIN MILLER, RANJEET BHATIA, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, RICHARD ROMINGER, SEAN SCHICKEDANZ, SHAUGN STANLEY, PIPER JAFFRAY & CO., STIFEL, NICOLAUS & COMPANY, INCORPORATED, ROTH CAPITAL PARTNERS, LLC and JEFFERIES LLC,<br><br>                    Defendants. | Case No.   14-cv-02130-WBS-DAD<br><br>**STIPULATION AND ORDER DEFERRING DEADLINES TO RESPOND TO THE COMPLAINT**<br><br>Judge:         Hon. William B. Shubb<br>Date Filed:  Sept. 15, 2014<br>Trial Date:   None Set |

Pursuant to Civil Local Rule 144 and Federal Rule of Civil Procedure 6, the parties hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, this securities class action lawsuit was instituted in this district on September 15, 2014, on behalf of all persons who purchased or otherwise acquired the publicly traded securities of Marrone Bio Innovations, Inc. ("Marrone") between August 2, 2013, and September 2, 2014;

WHEREAS, this securities class action lawsuit is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "Reform Act");

WHEREAS, a lead plaintiff has not yet been appointed pursuant to 15 U.S.C. § 78u-4(a)(3)(B) of the Reform Act;

WHEREAS, counsel for the parties have met and conferred and agreed that the due date for defendants' responses to the complaint should be deferred until a lead plaintiff is appointed;

WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to either party;

WHEREAS, no previous extension of this deadline has been sought;

NOW, THEREFORE,

Without prejudice to any parties' right to seek interim relief, Defendants shall have no obligation to answer or otherwise respond to the complaint until after the Court appoints a lead plaintiff and lead counsel pursuant to the provisions of the Reform Act.  Defendants will meet and confer with the court-appointed lead counsel within twenty (20) days following the appointment of a lead plaintiff and lead counsel to (a) confirm whether the lead plaintiff will file a new complaint that supersedes all previously filed complaints or deem the existing complaint operative; and (b) establish a common response date for all defendants, including a briefing schedule on defendants' anticipated motions to dismiss.

1  Dated: October 14, 2014
2  MORRISON & FOERSTER LLP
3
4  By:   /s/ Judson E. Lobdell
       Judson E. Lobdell
5
   JORDAN ETH
6  JUDSON E. LOBDELL
   Morrison & Foerster LLP
7  425 Market Street
   San Francisco, California  94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  Attorneys for Defendants
   MARRONE BIO INNOVATIONS, INC.,
10 PAMELA G. MARRONE, DONALD J.
   GLIDEWELL, JAMES B. BOYD,  ELIN
11 MILLER, RANJEET BHATIA, TIM
   FOGARTY, LAWRENCE HOUGH,
12 JOSEPH HUDSON, RICHARD
   ROMINGER, SEAN SCHICKEDANZ, and
13 SHAUGN STANLEY

14
   BINGHAM MCCUTCHEN LLP
15
   By: /s/ Charlene S. Shimada as authorized on
16      10/14/2014
           Charlene S. Shimada
17
   BINGHAM MCCUTCHEN LLP
18 Three Embarcadero Center
   San Francisco, CA 94111-4067
19
   Attorneys for Defendants
20 PIPER JAFFRAY & CO., STIFEL,
   NICOLAUS & COMPANY,
21 INCORPORATED, ROTH CAPITAL
   PARTNERS, LLC and JEFFERIES LLC,
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GREEN & NOBLIN P.C.

By: /s/ Lesley Weaver as authorized on 10/14/2014
      Lesley Weaver

GREEN & NOBLIN P.C.
700 Larkspur Landing Circle
Suite 275
 Larkspur, California 94939
United States

Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation, it is SO ORDERED.

Dated:  October 15, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE